AO 91 (Rev. 11/11)  Criminal Complaint

| | | |
|---|---|---|
| AUSA: | Stephen Carr | Telephone: (313) 226-9100 |
| Task Force Officer: | Joseph Scott, FBI | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Darryl Edwards Jr.

Case: 2:25-mj-30591
Assigned To : Unassigned
Assign. Date : 9/18/2025
Description: USA V SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113 | Bank Robbery |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Joseph Scott, Task Force Officer, FBI
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: September 18, 2025

_____
Judge's signature

City and state: Detroit, MI

Hon. David R. Grand, United States Magistrate Judge
Printed name and title

# Affidavit in Support of Criminal Complaint

I, Joseph Scott, being first duly sworn, state as follows:

## Introduction and Agent Background

1. I am a Task Force Officer, with the Federal Bureau of Investigation. I have experience in the investigation, apprehension, and prosecution of individuals involved in federal criminal offenses; the use of cellular devices to commit those offenses; and the available technology that can be used by law enforcement to assist in identifying the users of cellular devices and their location.

2. The information set forth in this affidavit is based on my review of information from other law enforcement agents and investigators, witnesses, and individuals with knowledge of this matter; my investigation; my review of documents, photographs, and videos; and information gained through my training and experience.

3. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that

I believe are necessary to establish probable cause that Darryl Edwards, Jr. violated 18 U.S.C. § 2113 (Bank Robbery).

## Executive Summary

4.  The FBI is investigating a robbery of an ATM owned and operated by Financial Institution-1, a federally insured credit union with branches in the Eastern District of Michigan and elsewhere. The four robbers used hooks and chains attached to a stolen F-350 pickup truck to rip open the front of the ATM. Once the ATM was forced open, the robbers took approximately $138,000 in U.S. currency. Financial Institution-1 estimated the damage to its ATM at $80,263.

5.  During the investigation, agents and officers have reviewed surveillance video from various locations. Based on the review of those videos, I believe that there are at least 4 robbers. Two of the robbers have been identified, Edwards and Suspect-2. Both Edwards and Suspect-2 live in the Houston, Texas area. The FBI has also learned of several other bank robberies, in the Eastern District of Michigan and elsewhere, that follow a similar pattern and that also involved suspects residing in the Houston area.

## Probable Cause

6. On September 27, 2024, at approximately 4:00am, a silver F-350 pickup truck and silver Nissan Rogue that Edwards had rented in Texas a few days before arrived in Financial Institution-1's parking lot. Edwards served as the look out in Nissan Rogue.

7. Suspect-2 and another co-conspirator got out of the F-350 wearing masks and gloves and used crow bars to pry open the front of the ATM then attached hooks and chains to the ATM to break out the drawers of cash inside. Suspect-2 then got back into the F-350 and floored it, tearing off the front of the ATM.

8. The robbers removed approximately $138,000 from the drawers of the machine. The estimated damage cost to the ATM is approximately $80,263.

9. Suspect-2 and the other robber in the F-350 then met up with Edwards near the scene of the robbery, abandoned the F-350, and headed back to their hotel in Edwards's Nissan.

10. The F-350 belonged to an auto dealer located in Roseville, Michigan and had been stolen earlier in the day. CCTV footage of the theft showed Edwards's Nissan arrived near the dealership around

3

1:45am and began to canvass the area. Once again, Edwards served primarily as the look-out while Suspect-2 canvassed the area and another co-conspirator attached a new license plate to the F-350, then broke into driver's door of the F-350, and drove off around 1am.

11. License plate readers showed that the stolen F-350 and Edwards's Nissan then traveled together to the ATM at Financial Institution-1 where the bank theft occurred.

**Identifying Edwards**

12. Edwards rented the Nissan on September 24, 2024, in Houston, Texas and returned the Nissan on October 1, 2024. Edwards listed himself as the sole authorized driver and provided two contact numbers in the rental agreement.

13. Records from the two phones showed that the phones were near the auto dealer when the F-350 was stolen and near Financial Institution-1 when the ATM was robbed. I know based on training and experience that cell phone users regularly keep their devices on them or in close vicinity, such that Edwards was likely present with his cell phone at these locations when the thefts occurred.

14. Further, Edwards's phone records confirmed that Edwards's phone left Texas on or around September 24, 2025, traveled to Michigan a day later, and spent the night at a hotel near Financial Instiutiton-1 the day before the robbery and returned to Texas soon thereafter.

15. Review of the CCTV footage from the hotel, confirmed with data from Edwards's phone, showed Edwards at the hotel shortly before and after the robbery.

16. The video also shows Edwards interacting with Suspect-2 and the individual who had stolen the F-350. The videos show Edwards and the three others left the hotel around 9:30pm on September 26, 2024 with Edwards driving his Nissan. Edwards returned to the hotel in the Nissan around 2am after stealing the F-350. The four co-conspirators then left the hotel around 2:45am for the ATM robbery and returned a little after 4am.



*Edwards Leaving before the Car Theft (left) and ATM Robbery (right)*

5

**Spending the Stolen Funds**

17. Records from a second phone Edwards had given the car rental company showed Edwards traveled with the four other co-conspirators to a mall in the Eastern District of Michigan where they spent the cash they had stolen from the ATM.

18. The cell phone data, license plate readers, and surveillance video from the mall show Edward arrived in his Nissan around 11am and left at approximately 5:00 pm. Edwards, Suspect-2, and the two other men purchased items from various stores, including high-end retail stores, walking out with multiple bags of merchandise they paid for in cash.



*Edwards Spending Stolen Cash with Co-conspirators*

6

19. The mall video also showed Edwards's distinct neck tattoo.



*Edwards at Mall (left) and Edwards's Booking Photo (right)*

20. Edwards has an extensive criminal history which includes felony convictions for theft from Texas in 2006, possession of a controlled substance in Texas in 2009 and 2020, and transporting/selling a controlled substance in Arizona in 2015.

7

## Conclusion

21.     Based on the foregoing, there is probable cause to believe that Darryl Edwards Jr. has violated 18 U.S.C. § 2113 (Bank Robbery).

Respectfully submitted,

_____
Joseph Scott, Task Force Officer
FBI Detroit - VCTF

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

Date: ___September 18, 2025___

8