PS8
(04/23)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. Edwards Jr., Darryl                                                                              Docket No. 25-30591

### Petition for Action on Conditions of Pretrial Release

   COMES NOW John Cynowa, Pretrial Services Officer Assistant, presenting an official report on defendant Darryl Edwards Jr., who was placed under pretrial release supervision on a $10,000.00 unsecured bond by United States Magistrate Judge Anthony P. Patti, sitting in the court at Detroit, Michigan, on November 13, 2025, under the following conditions:

1. Report as directed to Pretrial Services Agency (PSA).
2. Continue or actively seek employment. Provide verification to the supervising officer, as requested.
3. Travel restricted to the Eastern District of Texas and the Eastern District of Michigan and points between for court purposes only, unless previous consent of Pretrial Services or the Court.
4. Avoid all contact, directly or indirectly with any victims, witnesses, co-defendants, or Mr. Braylon Marshall.
5. Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Provide documentation of any prescribed medications to the supervising officer and any new medications prescribed by a licensed medical practitioner throughout supervision. Refrain from the use of marijuana which is prohibited by federal law.
6. Submit to any testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing of a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant/offender must not obstruct or attempt to obstruct or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.
7. Participate in a program of inpatient or outpatient substance use treatment if directed by the pretrial services office or supervising officer.
8. Not obtain a passport, enhanced identification, or any international travel documents.
9. Participate in Location Monitoring Program with GPS and Stand Alone Monitoring.
10. Must pay all or part of the cost of the program, including equipment loss or damage, based on your ability to pay as the Pretrial Services Office or supervising officer determines.
11. Report within 24 hours to the pretrial services office, or supervising officer, every contact with law enforcement personnel, including arrests, questioning or traffic stops.

12. The defendant is to remain in the custody with the U.S. Marshals and only released from The Theodore Levin U.S. Federal Courthouse once transportation back to the Eastern District of Texas has been secured and verified by Pretrial Services.

**Respectfully presenting petition for action of court and for cause as follows**:

The defendant is being courtesy supervised by a Probation Officer in the Southern District of Texas, where he resides, on the above conditions; however, on the Order Setting Conditions of Release, condition 3 erroneously states the defendant's travel be restricted to the Eastern District of Texas.

**PRAYING THAT THE COURT'S SIGNATURE HEREIN WILL DOCUMENT IN WRITTEN FORM THE AMENDED CONDITION OF 3. TRAVEL RESTRICTED TO THE SOUTHERN DISTRICT OF TEXAS AND THE EASTERN DISTRICT OF MICHIGAN AND POINTS BETWEEN FOR COURT PURPOSES ONLY, UNLESS PREVIOUS CONSENT OF PRETRIAL SERVICES OR THE COURT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2025

Respectfully,

/s/ John Cynowa

John Cynowa

U.S. Pretrial Services Officer Assistant

Place: Detroit, Michigan

Date: November 17, 2025

**THE COURT ORDERS:**

[ ]   No Action

[✓]   Modification of Pretrial Conditions as Requested

[ ]   Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[ ]   The Issuance of a Warrant [check one of the below]
    [ ]   Defendant to appear before the Judge assigned to the case
    [ ]   Defendant to appear before the Duty Magistrate Judge

[ ]  The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ]  Other

## ORDER OF COURT

Considered and ordered this __17th_____ day

of _November, 2025 and ordered filed and made a part of the records in the above case.

_____

United States Magistrate Judge Anthony P. Patti